## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| **United States of America**<br><br>v.<br><br>**Martin Alejandro Luquin-Estavillo**<br><br>USM#: 17701-298 | No. CR-16-50087-001-TUC-JCH (LAB)<br><br>**JUDGMENT AND COMMITMENT REVOCATION OF SUPERVISED RELEASE**<br><br>Jose H. Robles (CJA)<br><small>Attorney for Defendant</small> |

On 5/28/2010 the defendant, present with counsel, appeared for sentencing in the Southern District of California for violating, Title 21, U.S.C. §952 and 960, Importation of Methamphetamine, a felony offense, as charged in the Information.

The defendant was sentenced to a term of **TWENTY-FOUR (24) MONTHS** imprisonment and upon release, **FIVE (5) YEARS** of supervised release to follow.

On 9/27/2017, the term of supervised release imposed by the Southern District of California on 5/28/2010 was revoked. The defendant was committed to the custody of the Bureau of Prisons for a term of EIGHT (8) MONTHS, followed by FORTY-EIGHT (48) MONTHS of supervised release, to run concurrent with the disposition imposed in CR12-00259-TUC-FRZ(LAB).

On 11/19/2018, the term of supervised release imposed on 9/27/2017 was revoked. The defendant was committed to the custody of the Bureau of Prisons for a term of SIX (6) MONTHS, followed by THIRTY-SIX (36) MONTHS of supervised release, to run concurrent with the disposition imposed in CR12-00259-TUC-FRZ(LAB).
.
On 12/9/2019 the United States Probation Office filed a petition to revoke the term of supervised release.

On 2/28/2022 the defendant appeared with counsel and admitted Allegations A and B as reflected in the petition to revoke filed in this matter. The matter now comes on for disposition.

**IT IS ORDERED** that the term of supervised release imposed on 11/19/2018 is hereby **REVOKED** and the defendant is committed to the custody of the Bureau of Prisons for a term of **ELEVEN (11) MONTHS**, with no term of supervised release to follow.

**IT IS FURTHER ORDERED** that the defendant is given credit for time served.

CR-16-50087-001-TUC-JCH (LAB)  Page 2 of 2
USA vs. Martin Alejandro Luquin-Estavillo

The defendant previously waived the right to appeal.

The Court orders commitment to the custody of the Bureau of Prisons.

Date of Imposition of Sentence: **Monday, April 11, 2022**

Dated this 12th day of April, 2022.

_____
Honorable John C. Hinderaker
United States District Judge

CR-16-50087-001-TUC-JCH (LAB) -